1  John A. White, Jr., Esq., SB#1741
   WHITE LAW CHARTERED
2  335 West First St.
   Reno, NV, 89503
3  775-322-8000
   795-322-1228 (fax)
4  john@whitelawchartered.com
5  Attorney for appellants

6

7              UNITED STATES BANKRUPTCY APPELLATE PANEL

8                        OF THE NINTH CIRCUIT

9

10                              *****

11

12

13  IN RE: SILVER STATE                    BAP No. NV-23-1111
    BROADCASTING, LLC, GOLDEN
14  STATE BROADCASTING, LLC, AND
    MAJOR MARKET RADIO LLC,
15
          Jointly administered  Debtors    Bankruptcy Case No. 21-14978-abl
16  _____    (Chapter 11)
                                           (Jointly Administered with:
17  SILVER STATE BROADCASTING,             21-14979-abl Golden State
    LLC, GOLDEN STATE                      Broadcasting, LLC 21-14980-abl Major
18  BROADCASTING, LLC, AND MAJOR           Market Radio LLC)
    MARKET RADIO LLC,
19                          Appellants
20  vs.
    MICHAEL WARREN CARMEL,
21  Chapter 11 Trustee, W. LAWRENCE
    PATRICK, Receiver, VCY AMERICA,
22  INC. ; C & E HAAS DEVELOPMENT
    COMPANY, LLC.
23                          Appellees
24

25  **APPELLANTS' MOTION REQUESTING ADDITIONAL TIME TO FILE**

26                        **OPENING BRIEF**

27
        The Notice of Appeal having been filed on June 23, 2023, and the transcript of
28
    the hearing held June 7, 2023 having been ordered on or about July 19, 2023, and it

                                     1

having come to our attention that the transcript is not yet available, and the transcript being expected on or before August 18, 2023, Appellants request additional time for the following reasons.

1. The opening brief was due on August 14, 2023.

2. This is the Appellants first request for additional time.

3. The transcript of the hearing will not be available until August 18, 2023, we have attached the email from Access Transcripts, LLC, the company hired to provide the transcripts. This additional time is needed to allow for the transcripts to be completed and for the filing of Appellants' opening brief because the transcripts are an integral and necessary part to the preparation of said brief.

4. Appellants request 30 days time from August 18, 2023.

5. The position of the opposing parties was emailed to them for their comments on August 12, 2023, and their answers have not yet been received.

Respectfully submitted this August 14, 2023.

WHITE LAW CHARTERED

By:____/s/ *John White*____

John A. White, Jr.
Attorney for the Debtors

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of August 2023, a true and correct copy of Motion Requesting Additional Time to File was served via: (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date noted above and served through the Notice of Electronic Filing automatically generated by the Court to the following parties:

Chapter 11 Trustee MICHAEL W. CARMEL, by and through his attorney Gregory E. Garman, Esq. ggarman@gtg.legal

BRETT A. AXELROD on behalf of Other Prof. W. LAWRENCE PATRICK baxelrod@foxrothschild.com,pchlum@foxrothschild.com; mwilson@foxrothschild.com; arcdocketing@foxrothschild.com

OGONNA M. BROWN on behalf of Creditor VCY AMERICA, INC. obrown@lewisroca.com,ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; jhess@lewisroca.com, klope z@lewisroca.com; gmercado1@lewisroca.com, gmercado@lewisroca.com

CANDACE C CARLYON on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com; nrodriguez@carlyoncica.com; 9232006420@filings.docketbird.com; Dcica@carlyoncica.com

TRACY M. O'STEEN on behalf of Interested Party C & E HAAS DEVELOPMENT COMPANY, LLC tosteen@carlyoncica.com, crobertson@carlyoncica.com; nrodriguez@carlyoncica.com; ccarlyon@carlyoncica.com

_/s/ Linda Mason_____
Linda Mason
An employee of White Law Chartered

3

# RE: 21-14978-ABL SILVER STATE BROADCSTING, LLC - THANK YOU

| | |
|---|---|
| From: | Linda Hair <Linda_Hair@nvb.uscourts.gov> |
| To: | Access Transcripts <accesstranscripts@gmail.com> |
| CC: | John White <john@whitelawchartered.com>, NVBml_Las Vegas Transcripts <lvtranscripts@nvb.uscourts.gov>, "paralegal@whitelawchartered.com" <paralegal@whitelawchartered.com> |
| Date: | 8/14/23 3:06 PM |
| Spam Status: | Bogofilter ▄▀ |

Did I already ask you about this one, if so, I am so sorry to have bothered you.  Yes, it was a 30-day request.  Thank you for your help.

From: Access Transcripts <accesstranscripts@gmail.com>
Sent: Monday, August 14, 2023 3:00 PM
To: Linda Hair <Linda_Hair@nvb.uscourts.gov>
Cc: John White <john@whitelawchartered.com>; NVBml_Las Vegas Transcripts <lvtranscripts@nvb.uscourts.gov>; paralegal@whitelawchartered.com
Subject: Re: 21-14978-ABL SILVER STATE BROADCSTING, LLC - THANK YOU

CAUTION - EXTERNAL:


Good afternoon,

Payment for this transcript request was received on July 19, and the estimated completion date is August 18.

Thank you,
Alicia Jarrett, Director of Operations (she/her)
[Image removed by sender.]
Access Transcripts, LLC

Certified * Accurate * Experienced
[Image removed by sender.]
855-873-2223<tel:855-873-2223>
[Image removed by sender.]
accesstranscripts@gmail.com<mailto:accesstranscripts@gmail.com>
[Image removed by sender.]
www.accesstranscripts.com<https://www.accesstranscripts.com/>
[Image removed by sender.]
10110 Youngwood Lane, Fishers, IN 46038
Click here to Order a Transcript<http://www.accesstranscripts.com/Order-Transcript.html>

NOW OFFERING REMOTE DIGITAL REPORTING!  We have certified court reporters standing by, so give us a call and let's talk about how we can help you with your remote depositions.



On Mon, Aug 14, 2023 at 5:58 PM Linda Hair
<Linda_Hair@nvb.uscourts.gov<mailto:Linda_Hair@nvb.uscourts.gov>> wrote:
Hello,

Could you please tell me if this request was paid for and if not can you resend the payment link to both John White john@whitelawchartered.com<mailto:john@whitelawchartered.com> and his paralegal at paralegal@whitelawchartered.com<mailto:paralegal@whitelawchartered.com>.

Your assistance is appreciated.  Thank you.

From: Linda Hair
Sent: Friday, July 7, 2023 10:14 AM
To: John White <john@whitelawchartered.com<mailto:john@whitelawchartered.com>>; NVBml_Las Vegas Transcripts <lvtranscripts@nvb.uscourts.gov<mailto:lvtranscripts@nvb.uscourts.gov>>

Cc: accesstranscripts@gmail.com<mailto:accesstranscripts@gmail.com>
Subject: 21-14978-ABL SILVER STATE BROADCSTING, LLC - THANK YOU

Greetings~

Your transcript request has been received. You will be contacted by Access Transcripts with an estimate. For your reference, the telephone number for Access is 1(855) 873-2223. Email address: accesstranscripts@gmail.com<mailto:accesstranscripts@gmail.com>.


From: John White <john@whitelawchartered.com<mailto:john@whitelawchartered.com>>
Sent: Wednesday, July 5, 2023 4:18 PM
To: NVBml_Las Vegas Transcripts <lvtranscripts@nvb.uscourts.gov<mailto:lvtranscripts@nvb.uscourts.gov>>
Subject: Request for Transcript in Las Vegas

CAUTION - EXTERNAL:

This email is generated by the U.S. Bankruptcy Court, District of Nevada, Transcript Request Form online program.

The following person is requesting a transcript of a hearing in Las Vegas:

Name:      John White

Phone:      775-322-8000 Extension:

Email:      john@whitelawchartered.com<mailto:john@whitelawchartered.com>

Case Name:      Silver State Broadcasting, LLC et al

Case Number:      Bk-21-14978-ABL

Adversary Number:      NA

Dates:      June 7, 2023

Times:      1:30pm

Category:      Ordinary (30 days)
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

~WRD1009.jpg